UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-21728-EEB |
| ASPEN CONSTRUCTORS, INC. ) | |
| a Colorado corporation ) | |
| EIN: 17-1231980 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER AUTHORZING (A) PAYMENT OF PREPETITION EMPLOYEE WAGES AND SALARIES; AND (B) PAYMENT OF ALL COSTS AND EXPENSES INCIDENT TO THE FOREGOING PAYMENTS**

This matter having come before the Court on the Motion of the Debtor above named, praying for entry of an order authorizing: (a) payment of prepetition employee wages and salaries; and (b) payment of all costs and expenses incident to the foregoing payments ("Motion"), the Debtor having represented that it gave proper notice to creditors and parties in interest, and no objections having been received, the Court does hereby

ORDER that:

1. The Motion is GRANTED; and

2. The Debtor is authorized in its sole and absolute discretion, to pay the prepetition obligations described in the Motion that accrued but remained unpaid as of the Debtor's Petition Date to its employees and related parties, including taxing authorities.

Done and entered this  4th  day of January, 2018 at Denver, Colorado.

_____
Judge Elizabeth E. Brown
United States Bankruptcy Court