**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Aspen Constructors, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 17-21728-EEB |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Ally Financial**
Creditor's Name

Payment Processing Center
P.O. Box 9001951
Louisville, KY 40290-1951
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**8496**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2016 Chevrolet Silverado

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$24,684.10 | $38,140.00

---

**2.2** **ANB Bank**
Creditor's Name

409 Dolores Way
Carbondale, CO 81623
Creditor's mailing address

tspires@anbbank.com
Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**809**

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
Condominium located at 319 AABC Units G&H; also referred to as County Parcel No. APN R009270

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$395,165.71 | $795,000.00

---

Debtor **Aspen Constructors, Inc.**
Name

Case number (if know) **17-21728-EEB**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $419,849.81

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally Financial**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438** | Line **2.1** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Aspen Constructors, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 17-21728-EEB |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br>**1375 Sherman Street, Room 511**<br>**Denver, CO 80261**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice Purposes Only**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Notice Purposes Only**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Alexander Roofing Co.**<br>**P.O. Box 860**<br>**170 Southside**<br>**Basalt, CO 81621**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,115.77 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Alltec Services, LLC**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $105.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Alpine Builders Hardware**<br>**5 Murray Road, Unit C-2**<br>**P.O. Box 2404**<br>**Edwards, CO 81632**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,298.57 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Architectural Wind & Drs. Inc.**<br>**0097 County Road 114**<br>**Glenwood Springs, CO 81601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $12,983.80 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Argento Marble, LLC**<br>**P.O. Box 1232**<br>**Carbondale, CO 81623**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $20,719.00 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Aspen Carpet Services**<br>**P.O. Box 462**<br>**Snowmass, CO 81654**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $20,094.40 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Aspen Petrol, LLC**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $126.30 |

Debtor **Aspen Constructors, Inc.**
Name

Case number (if known) **17-21728-EEB**

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Aspen Reprographic Service, Inc.**<br>**120 East Main Street**<br>**Suite 300**<br>**Aspen, CO 81611**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$76.46** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Aspen Window Cleaning**<br>**ATTN: John Kennedy**<br>**221 Free Silver Court**<br>**Aspen, CO 81611**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,580.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Bank of America**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886-5796**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,023.68** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Baumgartner & Bateman Construction, Inc.**<br>**639 Cheyenne Avenue**<br>**New Castle, CO 81647**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$8,010.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Bishop Plumbing & Heating, Inc.**<br>**5080 County Road 154**<br>**Glenwood Springs, CO 81601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$283.33** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Builders FirstSource**<br>**7150 Highway 82**<br>**Glenwood Springs, CO 81601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,124.95** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Campbell Custom Installations, LLC**<br>**238 East Capital Court**<br>**New Castle, CO 81647**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,470.00** |

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Capital Masonry, Inc.<br>P.O. Box 1441<br>Carbondale, CO 81623<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,693.54 |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Chase Bank<br>P.O. Box 94014<br>Palatine, IL 60094-4014<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2.99 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Chase Card Services - Alpine Ace<br>P.O. Box 94014<br>Palatine, IL 60094-4014<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $565.35 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Clear-Vu Window Tinting<br>P.O. Box 1449<br>Basalt, CO 81621<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $400.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Colorado Chimney & Duct Works<br>P.O. Box 2717<br>Carbondale, CO 81621<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,160.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>Designer Door Hardware, LLC<br>7800 Highway 82<br>Suite 202<br>Glenwood Springs, CO 81601-9332<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $58.35 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>DG Construction, Inc.<br>2550 Highway 82<br>Suite A-200<br>Glenwood Springs, CO 81601<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $59,039.26 |

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Dr. Paul Zimmerman**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Lawsuit<br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,297,737.37 |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Elam Construction, Inc.**<br>**P.O. Box 849**<br>**Magna, UT 84044**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $44.67 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Empire Drywall, Inc.**<br>**P.O. Box 696**<br>**Basalt, CO 81621**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $4,650.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Epic Custom Glass**<br>**3501 Grand Avenue #3**<br>**Glenwood Springs, CO 81601**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $21,879.36 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Forrest Painting, LLC**<br>**P.O. Box 3829**<br>**Basalt, CO 81621**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $25,672.90 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Great Western Painting**<br>**62 County Road 113 #G3**<br>**Carbondale, CO 81623**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $28,091.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Haps Plumbing & Heating, Inc.**<br>**P.O. Box 1048**<br>**Glenwood Springs, CO 81602**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | $50,680.00 |

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Heartwood Custom Woodworks, Inc.**<br>P.O. Box 4089<br>Eagle, CO 81631<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$29,230.50** |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Holland & Hart, LLC**<br>P.O. Box 17283<br>Denver, CO 80217-0283<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Jacobson Enterprises, LLC**<br>d/b/a Kleen Kut Service<br>484 Melody Lane<br>Grand Junction, CO 81501<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,891.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Jeff Bates**<br>1398 16 Road<br>Fruita, CO 81521<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,566.73** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Lassiter Electric, Inc.**<br>204 Park Avenue<br>Unit 1L<br>Basalt, CO 81621<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$16,988.25** |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Lowe's Business Account**<br>P.O. Box 530970<br>Atlanta, GA 30353<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$327.79** |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Mining Construction Services, LLC**<br>d/b/a Excel Fire Protection<br>2264 G Road<br>Grand Junction, CO 81505<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$8,374.20** |

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** <br> Mitchell and Company, LLC <br> P.O. Box 760 <br> Carbondale, CO 81623 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | $1,313.35 |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** <br> Mountain Roll Off's, Inc. <br> Mountain Waste & Recycling <br> 1058 County Road 100 <br> Carbondale, CO 81623 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | $216.66 |
| 3.38 | **Nonpriority creditor's name and mailing address** <br> Mountain Temp Services, LLC <br> P.O. Box 20 <br> Aspen, CO 81612 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | $668.34 |
| 3.39 | **Nonpriority creditor's name and mailing address** <br> Mr. VAC Air Duct & Carpet Clean <br> P.O. Box 2006 <br> Glenwood Springs, CO 81602 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | $1,547.93 |
| 3.40 | **Nonpriority creditor's name and mailing address** <br> Myers & Co. Archiltectural Met <br> 555 Bassalt Avenue <br> P.O. Box 2570 <br> Basalt, CO 81621 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | $18,917.00 |
| 3.41 | **Nonpriority creditor's name and mailing address** <br> Native American Crane Service, Inc. <br> P.O. Box 539 <br> Silt, CO 81652 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | $900.00 |
| 3.42 | **Nonpriority creditor's name and mailing address** <br> Outwest Drywall Supply, Inc. <br> P.O. Box 548 <br> Montrose, CO 81402 <br><br> Date(s) debt was incurred __ <br> Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** __ <br><br> Is the claim subject to offset? ■ No   ☐ Yes | $98.83 |

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Pacific Sheet Metal, Inc.**<br>**P.O. Box 70**<br>**0794 Industry Place**<br>**Carbondale, CO 81623**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$4,948.44** |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Pitkin County Solid Waste Center**<br>**506 East Main Street**<br>**Suite 201**<br>**Aspen, CO 81611**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$705.74** |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**R&A Enterprises of Carbondale, Inc.**<br>**5317 CR 154**<br>**Suite 201**<br>**Glenwood Springs, CO 81601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$48,000.77** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**R&H Mechanical, LLC**<br>**P.O. Box 810**<br>**Eagle, CO 81631**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$23,410.00** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Reese Henry**<br>**400 East Main Street**<br>**Suite 2**<br>**Aspen, CO 81611**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**RL Woodworks & Design**<br>**2525 49th Street**<br>**Boulder, CO 80301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$42,321.40** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Roberts & Company**<br>**d/b/a Aspen Insulation**<br>**1010 Valley Road**<br>**Carbondale, CO 81623**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$9,650.00** |

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>Safeway Services, LLC<br>P.O. Box 205485<br>Dallas, TX 75320<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,647.60 |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>Sandy's Office Supply<br>630 East Hyman<br>Aspen, CO 81611<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $53.34 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>Sherwin Williams Paint Store<br>304 AABC<br>Aspen, CO 81611<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $122.60 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>SnowCap Decorative Hardware<br>39844 M Rod<br>Paonia, CO 81428<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,538.57 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>Summers Architectural Moulding<br>0894 Highway 133<br>Carbondale, CO 81623<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,019.62 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Swedish Painting Company, LLC<br>P.O. Box 9103<br>Aspen, CO 81612<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $9,201.80 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Temp - Air<br>8029 Solutions Center<br>Chicago, IL 60677-8000<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,600.42 |

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**The Balentine Collection**<br>**533 East Hopkins Avenue**<br>**Suite A**<br>**Aspen, CO 81611**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,524.46** |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Thurston Kitchen & Bath**<br>**202 AABC**<br>**Aspen, CO 81611**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$15,323.52** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Top Notch Logworks, Inc.**<br>**4722 Highway 6**<br>**Gypsum, CO 81637**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$2,456.00** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Trejo Brothers Construction**<br>**2102 Blake Avenue**<br>**Glenwood Springs, CO 81601**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$7,908.75** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Two Associates Woodworking, LLC**<br>**P.O. Box 885**<br>**Carbondale, CO 81623**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,696.00** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Valley Lumber**<br>**P.O. Box 1579**<br>**Basalt, CO 81621**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$4,175.52** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Vilma Arvizu**<br>**Arvizu Cleaning**<br>**P.O. Box 2646**<br>**Glenwood Springs, CO 81602**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,687.50** |

Debtor **Aspen Constructors, Inc.**
Name

Case number (if known) **17-21728-EEB**

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Wagner Rents, Inc.**<br>**P.O. Box 911291**<br>**Denver, CO 80291-2291**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No   ☐ Yes | $1,275.02 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Weathercraft Co of Colorado Springs**<br>**P.O. Box 16039**<br>**Colorado Springs, CO 80935**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No   ☐ Yes | $6,780.00 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**West Hallam, LLC**<br>**Paul Zimmerman**<br>**c/o Dennis B. Polk/Melissa R. Iliff**<br>**1667 Cole Blvd., Building 19, Suite 100**<br>**Golden, CO 80401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No   ☐ Yes | $1,297,737.37 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Xssentials, LLC**<br>**15700 Parkerhouse Road**<br>**Suite 200**<br>**Parker, CO 80134**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No   ☐ Yes | $724.54 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Young Services, LLC**<br>**P.O. Box 944**<br>**Glenwood Springs, CO 81602**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No   ☐ Yes | $1,627.31 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alpine Builders Hardware**<br>**P.O. Box 2404**<br>**Edwards, CO 81632** | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | Line **3.10**<br>☐ Not listed. Explain ____ | __ |

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 11 of 12
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Aspen Constructors, Inc. | Case number (if known) | 17-21728-EEB |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Eric M. Theile, Esq.<br>Balcomb & Green<br>P.O. Box 790<br>818 Colorado Avenue<br>Glenwood Springs, CO 81602 | Line **3.21**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | Eric M. Theile, Esq.<br>Balcomb & Green<br>P.O. Box 790<br>818 Colorado Avenue<br>Glenwood Springs, CO 81602 | Line **3.45**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | Eric M. Theile, Esq.<br>Blacomb & Green<br>P.O. Box 790<br>818 Colorado Avenue<br>Glenwood Springs, CO 81602 | Line **3.25**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | Internal Revenue Service<br>Insolvency Unit<br>1999 Broadway<br>MS 5012 DEN<br>Denver, CO 80202-3025 | Line **2.2**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | Office of the Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Suite 4400<br>Washington, DC 20530-0001 | Line **2.2**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | Office of the Attorney General<br>State of Colorado<br>1525 Sherman Street, 7th Floor<br>Denver, CO 80203 | Line **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | Office of the US Attorney<br>District of Colorado<br>1225 Seventeenth Street, Suite 700<br>Denver, CO 80202-5598 | Line **2.2**<br>☐ Not listed. Explain ____ | __ |
| 4.10 | State of Colorado<br>Division of Securities<br>1560 Broadway, Suite 900<br>Denver, CO 80202-5150 | Line **2.1**<br>☐ Not listed. Explain ____ | __ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,164,862.92 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 3,164,862.92 |